KENNETH M. SORENSON
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Feb 10, 2026 10:39 AM**
Lucy H.Carrillo, Clerk of Court

MOHAMMAD KHATIB
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:      Mohammad.Khatib@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **CR 26-00016 HG** |
| Plaintiff, | INFORMATION |
| vs. | [18 U.S.C. § 1544] |
| BRETT WILLIAM HARVEY, | |
| Defendant. | |

## INFORMATION

The United States Attorney charges:

Misuse Of Passport
(18 U.S.C. § 1544)

On or about December 17, 2025, in the District of Hawaii, BRETT

WILLIAM HARVEY, the defendant, willfully and knowingly used and attempted

to use United States passport No. XXXXXX965, in violation of the conditions and

restrictions therein contained, namely, the defendant used and attempted to use the

passport as a means of identification to allow him access to the terminal area of

Kona International Airport knowing that said passport had been issued and

designed for the use of another, an individual with the initials "B.J."

All in violation of Title 18, United States Code, Section 1544.

DATED: _____ February 10 , 2026, at Honolulu, Hawaii.


KENNETH M. SORENSON
United States Attorney
District of Hawaii


MOHAMMAD KHATIB
Assistant U.S. Attorney

United States v. Brett William Harvey
Information
Case No.

2
